DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

WILLIAM QUINONES and LONDON HEIGHTS
BRITISH PUB, LLC n/k/a HEIGHTS
SPORTS BAR & BISTRO, LLC,

Appellants,

v.

MICHAEL A. BOZEL; LYSA M. BOZEL; OLD
SEMINOLE HEIGHTS PROPERTIES, LLC; and
NIGHTINGALE's INVESTMENTS, LLC,

Appellees.

No. 2D22-2158

_____

April 5, 2024

Appeal from the Circuit Court for Hillsborough County; Caroline Tesche Arkin, Judge.

Janelle A. Weber of Manta Law, Tampa; and Michael D. LaBarbera of LaBarbera and Campbell, Tampa, for Appellants.

Kevin F. Sanderson of Kevin F. Sanderson, Chartered, Sarasota, for Appellees.

PER CURIAM.

      Affirmed.

LaROSE and LUCAS, JJ., and CASE, JAMES R., ASSOCIATE SENIOR JUDGE, Concur.

_____

Opinion subject to revision prior to official publication.